United States District Court
Southern District of Texas
**ENTERED**
August 11, 2023
Nathan Ochsner, Clerk

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CASE NO. **4:23-mj-1602** |
| | § | |
| vs. | § | |
| | § | FILED UNDER SEAL |
| ABIGAIL JO SHRY, | § | |
| Defendant. | | |

**ORDER TO SEAL**

The Court, having considered the United States' Motion to Seal the Complaint and Affidavit in Support of the Complaint, as well as the Motion to Seal and this Order to Seal, hereby:

ORDERS that the Complaint and Affidavit in Support of the Complaint, as well as the Motion to Seal and this Order to Seal be sealed by the United States District Clerk from any publication or access by the public until further order of the Court.

IT IS FURTHER ORDERED that the documents subject to this Order by unsealed upon the arrest of the defendant.

Signed on this the 11th day of August, 2023, at Houston, Texas.

SAM SHELDON
United States Magistrate Judge